UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  5:25-cv-03336-CAS-SK                                                Date: January 8, 2026
Title     Maria Guadalupe Rodriguez Ramirez v. David Marin, et al.

Present: The Honorable: Steve Kim, United States Magistrate Judge

| Connie Chung | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE DISMISSED AS MOOT**

On December 10, 2025, Petitioner Maria Guadalupe Rodriguez Ramirez filed a habeas petition under 28 U.S.C. § 2241 challenging her detention and imminent removal.  (ECF 1).  Respondents have since advised the court that Petitioner was removed later that same day pursuant to a final order of removal.  (ECF 8 at 2).  "For a habeas petition to continue to present a live controversy after the petitioner's release or deportation, . . . there must be some remaining collateral consequence that may be redressed by success on the petition."  *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007) (cleaned up).

Accordingly, Petitioner is ordered to show cause why the petition should not be dismissed as moot.  Petitioner may discharge this order by signing and returning the attached Form CV-09y within 14 days of the date of this order.  Failure to return that form on time as ordered or to otherwise timely respond in writing to this order may be deemed Petitioner's consent to voluntary dismissal of the petition for the reasons set forth in this order, or it can lead to the immediate closing of this case with no further notice for lack of prosecution and noncompliance with court orders.  *See* Fed. R. Civ. P. 41(b); L.R. 41-1.

IT IS SO ORDERED.